FILED
08 MAR 28 PM 1:52
[Clerk, U.S. District Court stamp, Northern District of California]

Herman Resnick
83980-011 - E½-121
F.C.I. Victorville one
P.O. Box 5300
Adelanto, CA 92301

Pro-se In Forma papures

United States District Court
Northern District of California

Herman Resnick
 Plaintiff

v.

United States of America
 Defendant

No C 07-2885 MHP

Motion of Relief

Now comes Plaintiff with his motion of relief. On June 4, 2007, Plaintiff filed his section 2255 motion. On October 19, 2007, The government's answer Defendants 2255 motion. On October 31, 2007, Plaintiff's gave his rebuital to the United States Attorney's motion.

Prayer

Its been over four (4) months since all briefs and motions have been submitted to the court. Plaintiff respectfully request that this court render a decision in this case.

March 25, 2008.

Herman Resnick
Herman Resnick

United States District Court
For The
Northern District Of California

Resnick,
    Plaintiff

C-No CV 07-02885 MHP

V

Certificate of Service

United States of America et al
    Defendant

I, The undersigned, hereby certify that I am Plaintiff in this case and I have mailed to the clerk of the court a motion of Relief.

That on March 25, 2008 I served a true and correct copy to the clerk of United States District Court For The Northern District Of California. By placing said copy in a postage paid envelope addressed to the Person herein after listed, by depositing said envelope in the U.S. mail.

*Herman Resnick*
Herman Resnick

To: Clerk of U.S. District Court
Northern District Of California
450 Golden Gate Avenue
P.O. Box - - -
San Francisco, CA 94102

Dated: March 25, 2008



SAN BERNARDINO CA 924
25 MAR 2008 PM 5 T

Clerk of United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Herman Resnick
83988-011 - E1/2
Federal Correctional
Complex Victorville
P.O. Box 5300
Adelanto, CA 92301

Legal Mail

MAR 26 2008

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."