UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RESNICK,

        Plaintiff,

v.

UNITED STATES OF AMERICA et al,

        Defendant.
_____/

Case Number: CV07-02885 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erika R. Frick
U.S. Attorney's Office
Appellate Section
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

Herman Resnick 83980-011-E1/2-121
Federal Correctional
Victorville One
P.O. Box 5300
Adelanto, CA 92301

Dated: May 7, 2008

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk