UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERMAN RESNICK,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

No. C 07-02885 MHP
[CR 03-00023 MHP]

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED

Date: May 6, 2008

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California